| | |
|---|---|
| 1 | PHILLIP A. TALBERT |
| | United States Attorney |
| 2 | KEVIN C. KHASIGIAN |
| | Assistant U. S. Attorney |
| 3 | 501 I Street, Suite 10-100 |
| | Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700 |

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:17-MC-00108-KJM-CKD |
| Plaintiff, | |
| v. | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| APPROXIMATELY $15,000.00 IN U.S. CURRENCY, | |
| Defendant. | |

It is hereby stipulated by and between the United States of America and claimants Doreen Darr ("Darr"), through their respective attorneys, and Rocky Livesay ("Livesay") and Tristan Weaver ("Weaver"), appearing in *propria persona*, as follows:

1. On or about April 24, 2017 (Darr) and April 28, 2017 (Livesay and Weaver), claimants Darr, Livesay and Weaver filed claims in the administrative forfeiture proceedings with the United States Postal Inspection Service with respect to the Approximately $15,000.00 in U.S. Currency (hereafter "defendant currency"), which was seized on February 13, 2017.

2. The United States Postal Inspection Service has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

1

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline is July 23, 2017.

4. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to August 21, 2017, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to August 21, 2017.

Dated: 7/21/2017   PHILLIP A. TALBERT
United States Attorney

By: /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: 7/21/2017   /s/ Sage D. Kaveny
SAGE D. KAVENY
Attorney for claimant Doreen Darr
(Authorized via telephone)

Dated: 7/21/2017   /s/ Tristan Weaver
Claimant, in *propria persona*

Dated: 7/21/2017   /s/ Rocky Livesay
Claimant, in *propria persona*

IT IS SO ORDERED.

Dated: August 2, 2017.

_____
UNITED STATES DISTRICT JUDGE

2

Stipulation to Extend Time to File Complaint